**Appeal Dismissed and Memorandum Opinion filed February 2, 2023.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑�ˢ

## NO. 14-22-00787-CV

### SELVA KUMAR, Appellant

### V.

### FEDEX OFFICE AND PRINT SERVICES, INC., Appellee

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2022-04937**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed October 10, 2022. The record reflects the notice of appeal is untimely. The deadline for filing a notice of appeal is thirty days after the judgment or order is signed. *See* Tex. R. App. P. 26.1. The record reflects a post-judgment motion was timely filed and operated to extend the appellate deadline to ninety days. *See* Tex. R. App. P. 26.1(a). Accordingly, the notice of appeal was due September 5, 2022. It was filed October 25, 2022.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On January 11, 2023, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.